79,030-01

5-26-2015 (date)

JAMES EDWARD ECHOLS I.D. # 1757036

MARK W. STLES UNIT

3060 FM 3514

BEAUMONT, TEXAS 77705

COURT OF CRIMINAL APPEALS

Mr. Abel ACOSta, clerk

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

APPEALS CASE

CCA NO. WR-79,030-01

Case NO. 401-81145-10

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk

This document contains some
pages that are of poor quality
at the time of imaging.

Dear Mr. ACOSta:

   "Greetings!" I am contacting your clerk office to notify you that I am in need of free copies and information in my case.

1. The appellate record!
2. A copy of the opinions of the court of appeals!
3. A copy of the motions filed in the court of appeals! and
4. Certified copies of any judgment or order of the court of appeals
5. I would like the court of criminal Appeals to Answer to the Briefs
6. I want to know who wrote the Briefs
7. Copies of the Briefs
8. when was the Briefs file
9. When was the Briefs Dismiss
10. Appeals District clerk when filing original notice Appeal filing who file it, again who wrote the Appeal ask for the copies of the Briefs

Please Turn over ⟶

11. I would like the copies of the Court writ of Habeas Corpus application original filed in the Court of Criminal Appeals at that time,

Please let me know if you have any questions, etc. I look forward to hearing from you.

THANK you! yours in Christ,

Sincerely,

James Edward Echols

JAMES EDWARD Echols 1.D. #1757036

Segreation UNIT (seg) 12F0-45 cell

CC-